# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY L. SHORT, | CASE NO. 1:09-cv-00996-OWW-GSA PC |
| Plaintiff, | ORDER DENYING MOTIONS AS MOOT |
| v. | (Docs. 7 and 10) |
| JOHN SANZBERRO, et al., | |
| Defendants. | |

Plaintiff Rodney L. Short, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 9, 2009. As a result of the filing of this action, certain case opening documents were generated by the Clerk's Office on June 10, 2009, including a First Informational Order. (Doc. 4.) On June 11, 2009, the undersigned issued First Informational Order. (Doc. 6.)

On June 17, 2009, Plaintiff filed a motion seeking to have the informational order issued on June 10, 2009, corrected, and on July 30, 2009, Plaintiff filed an amended motion seeking the same relief. The basis of Plaintiff's motions is the inclusion of language in the order identifying this case as brought by a prisoner.

The First Informational Order issued on June 10, 2009, was superceded by the issuance of the First Informational Order on June 11, 2009, which does not contain the language objected to by

///

///

///

1

Plaintiff.  Therefore, there is nothing in the operative informational order requiring correction and Plaintiff's motions are HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **December 17, 2009**              /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE