# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY L. SHORT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN SANZBERRO, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00996-OWW-GSA PC<br><br>ORDER AUTHORIZING SERVICE OF AMENDED COMPLAINT, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 14) |

Plaintiff Rodney L. Short is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The Court screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and found that it states claims against Defendants Sanzberro, Grijalva, and Roggencamp for use of excessive force arising from the April 29, 2009, incident, and against Defendants Sanzberro, Grijalva, Kowall, Roggencamp, and Gill for denial of due process arising from the forcible medication of Plaintiff.[1] Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007). Accordingly, it is HEREBY ORDERED that:

　　1.　　Service shall be initiated on the following defendants:

　　　　　　**JOHN SANZBERRO**

　　　　　　**CHRIS GRIJALVA**

---

[1] On February 8, 2010, Plaintiff's Fourth Amendment strip search claim, Fourteenth Amendment equal protection claim, conspiracy claims, and First Amendment retaliation claim were dismissed for failure to state a claim. (Doc. 18.)

1

**JOHN KOWALL**

**JOHN ROGGENCAMP**

**TIRATH GILL**

2. The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed August 20, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Six (6) copies of the endorsed amended complaint filed August 20, 2009.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated: **February 9, 2010**         /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE