# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY L. SHORT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SANZBERRO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00996-OWW-GBC (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 25)<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff Rodney L. Short, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 9, 2009.  This action is proceeding against Defendants Sanzberro, Grijalva, Kowall for use of excessive force and is proceeding against Sanzberro, Grijalva, Kowall, Roggencamp and Gill for denial of due process arising from the forcible medication of Plaintiff.

　　　　On August 10, 2010, Defendants filed a motion to dismiss.  On September 10, 2010, this court granted Plaintiff's motion for a thirty day extension in order to file an opposition.  Plaintiff failed to file an opposition or a statement of non-opposition to the motion by the deadline.  Local Rule 230(l).

　　　　Accordingly, it is HEREBY ORDERED that:

1.　　Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion to dismiss within **thirty (30) days** from the date of service of this order; and

2　　The failure to respond to Defendants' motion in compliance with this order will

result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

**Dated:   November 30, 2010**           /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE